UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY TRAYLOR,

        Plaintiff,                    Case No. 2:25-cv-10129

v.                                         Honorable Susan K. DeClercq
                                                 United States District Judge

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT,

                                                 Honorable David R. Grand
        Defendants.               United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 10),
AND DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1)
FOR FAILURE TO PROSECUTE**

        On August 11, 2025, Magistrate Judge David R. Grand, issued a report, ECF No. 10, recommending that this Court dismiss Traylor's complaint without prejudice for failure to prosecute. Judge Grand provided 14 days to object, but neither party did so. They have therefore forfeited their right to appeal Judge Grand's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report, this Court agrees with Judge Grand's recommendation and finds no clear error. So the report will be adopted in full.

        Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 10, is **ADOPTED**.

- 2 -

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  October 9, 2025